PHILBERN THERMOMETER Co., INC., Appellant, *v.* BLANCHE COHEN, Respondent.

Submitted November 14, 1949; decided November 23, 1949.

*Jacob Lichstein* for motion.

*Henry G. Littau* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.